PETER W. SALTZMAN, Cal. Bar No. 169698
LINDA M. SHIPLEY, Cal. Bar No. 230165
LEONARD CARDER LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Telephone: 415 771 6400
Facsimile: 415 771 7010

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO CULINARY, BARTENDERS AND SERVICE EMPLOYEES WELFARE TRUST FUND; SAN FRANCISCO CULINARY, BARTENDERS AND SERVICE EMPLOYEES PENSION TRUST FUND; LOCAL UNION NO. 2, HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION, AFL-CIO<br><br>Plaintiffs,<br><br>v.<br><br>SEARS FINE FOODS, INC., a corporation, individually and dba SEAR'S FINE FOODS RESTAURANT; JOAN M. BOYAJIAN; LEE BOYAJIAN; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-04-0654 JCS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR ENTRY OF JUDGMENT AGAINST DEFENDANT SEARS FINE FOODS AND DISMISSAL WITH PREJUDICE OF DEFENDANTS JOAN M. BOYAJIAN AND LEE BOYAJIAN |

Plaintiffs San Francisco Culinary, Bartenders and Service Employees Welfare and Pension Trust Funds, and Local Union No. 2, Hotel Employees and Restaurant Employees International Union ("Plaintiffs",) and defendants Sears Fine Foods, Joan M. Boyajian and Lee Boyajian hereby stipulate and request as follows:

1

STIPULATION AND ORDER FOR ENTRY OF JUDGMENT AND DISMISSAL

1. That judgment be entered against defendant Sears Fine Foods in the amount of $124,062.00. The parties hereby agree that in the event that plaintiffs execute on said judgment, the amount thereof shall be offset by any sums paid by defendants Joan M. Boyajian and Lee Boyajian ("Boyajian Defendants") pursuant to the Settlement Agreement and Release between Plaintiffs and the Boyajian Defendants ("Settlement Agreement.")

2. That the Boyajian Defendants be dismissed from this action with prejudice, pursuant to the Settlement Agreement.

3. For purposes of any disputes arising out of this Stipulation or the Settlement Agreement, the parties consent to Magistrate Judge Joseph C. Spero to have jurisdiction to decide such issues pursuant to 28 U.S.C. § 636(c).

4. This Stipulation and Order may be executed in counterparts.

LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Telephone: (510) 272-0169
Fax: (510) 272-0174

Attorneys for Plaintiffs

Dated: 8/3/05     By _____
                     Peter W. Saltzman

///

///

///

2
STIPULATION AND ORDER FOR ENTRY OF JUDGMENT AND DISMISSAL

AIKEN, KRAMER & CUMMINGS, INC.
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 834-6800
Fax: (510) 834-9017

Attorneys for Defendants

Dated: August 3, 2005      By _____ FOR
                              Matthew F. Graham

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS ORDERED THAT:**

1. Judgment is hereby entered against defendant Sears Fine Foods in the amount of $124,062.00;

2. The Boyajian Defendants are hereby dismissed with prejudice; and

3. Pursuant to 28 U.S.C. § 636(c), Magistrate Judge Joseph C. Spero shall have jurisdiction to decide any disputes arising out of this Stipulation and Order or the Settlement Agreement and Release between Plaintiffs and the Boyajian Defendants.

Dated: _____

_____
Honorable Joseph C. Spero
U.S. Magistrate Judge

3
STIPULATION AND ORDER FOR ENTRY OF JUDGMENT AND DISMISSAL

AIKEN, KRAMER & CUMMINGS, INC.
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 834-6800
Fax: (510) 834-9017

Attorneys for Defendants

Dated: _____  By_____
                           Matthew F. Graham

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS ORDERED THAT:**

1. Judgment is hereby entered against defendant Sears Fine Foods in the amount of $124,062.00;

2. The Boyajian Defendants are hereby dismissed with prejudice; and

3. Pursuant to 28 U.S.C. § 636(c), Magistrate Judge Joseph C. Spero shall have jurisdiction to decide any disputes arising out of this Stipulation and Order or the Settlement Agreement and Release between Plaintiffs and the Boyajian Defendants.

Dated: August 4, 2005

/s/ Joseph C. Spero
Honorable Joseph C. Spero
U.S. Magistrate Judge

3
STIPULATION AND ORDER FOR ENTRY OF JUDGMENT AND DISMISSAL